# ABRAHAM JUNTTI v. OLIVER IRON MINING COMPANY.[1]

December 6, 1912.

Nos. 17,966—(67).

**Case followed.**

Juntti v. Oliver Iron Mining Co. supra, page 518, followed, to the effect that the complaint states a cause of action. [Reporter.]

Action in the district court for St. Louis county to recover $1,000 for injuries sustained by plaintiff's minor son. The complaint, with other allegations, contained the same averments as the complaint in the other action. From an order, Dancer, J., overruling defendant's demurrer to the complaint, it appealed. Affirmed.

*Paul H. Welch,* for appellant.

*William E. Culkin* and *John E. Samuelson,* for respondent.

PER CURIAM.

*Held,* following Juntti v. Oliver Iron Mining Co. supra, page 518, 138 N. W. 673, that the complaint states a cause of action.

Order affirmed.

[1] Reported in 138 N. W. 674.